**No. 43222.**—Protests 979566–G, etc., of S. S. Kresge Co. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consisted of three-tubed horns similar to those the subject of Abstract 40185. The claim at 45 percent under paragraph 397 was therefore sustained.